UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────x

UNITED STATES OF AMERICA,

          -v-

ANTHONY BIANCHI

                      Defendant.
───────────────────────────────────────x

7:23-MJ-7071(KPB)

**ORDER**

KIM P. BERG, United States Magistrate Judge:

    For the reasons stated on the record on May 3, 2024,

1. Defendant's Motion to Suppress, Docket No. 11, and Count I of Defendant's Omnibus Motion (Docket No. 36) are denied; and

2. Defendant's Motion in Limine filed as Count II of the Omnibus Motion (Docket No. 36) is denied without prejudice.

The Parties are directed to order the transcript.

Dated: Poughkeepsie, New York
       May 3, 2024

SO ORDERED

_____
HON. KIM P. BERG
U.S. MAGISTRATE JUDGE