UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **AMENDED SCHEDULING ORDER** |
|---|---|
| v. | |
| ANTHONY BIANCHI, | 23-MJ-7071 (KPB) |
| Defendant. | |

The Court has received a joint request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorneys Jared Hoffman and Alexander Li, Special Assistant United States Attorney Andrea Mills, and John Buckheit, counsel for defendant, that the Court adjourn certain deadlines provided in the Court's Scheduling Order dated June 7, 2024. Full consideration having been given to the matters set forth therein, it is hereby ORDERED that the deadlines for pretrial submissions are modified as follows:

| Pretrial Submissions | Deadline |
|---|---|
| Notice of Rule 404(b) evidence | July 19, 2024 |
| Motions *in limine*, including Government motions to admit or motion to oppose the use of Rule 404(b) evidence | July 26, 2024 |
| Opposition to Motions *in limine* | August 12, 2024 |
| Proposed voir dire, requests to charge with exact citation to authority, and a proposed verdict sheet | August 12, 2024 |
| Final pretrial conference | August 23, 2024 at 10:00 a.m. |
| Government's 3500 and *Giglio* materials | August 26, 2024 |
| Parties' witness lists to the Court | August 26, 2024 |
| Government's marked exhibits | August 29, 2024 |
| Defendant's Rule 26.2 disclosures and exhibits | August 29, 2024 |
| Stipulations to be read into the record | August 29, 2024 |
| Defendant's objections to Government's marked exhibits | September 3, 2024 |
| Jury selection and trial | September 9, 2024 at 9:30 a.m. |

Dated: White Plains, New York
      July 12, 2024

SO ORDERED:

*[signature: Kim Berg]*

_____
HON. KIM P. BERG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

Case 7:23-mj-07071-KPB Document 52 Filed 07/13/24 Page 3 of 3

3