UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

UNITED STATES OF AMERICA,

- against -

Anthony Bianchi

Defendant.

------------------------------------------------------

VIOLATION # Count 2 of Complaint Number 7:23-MJ-7071 (KPB)

**ORDER OF DISMISSAL**

NY PL 165.05

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated: 23 day of August, 2024.
White Plains, New York